IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

RAYMOND WALLACE
ROUBIDEAUX,

Defendant.

CR 16-126-BLG-SPW

ORDER

For the reasons stated on the record, RAYMOND WALLACE

ROUBIDEAUX is hereby released from the custody of the U.S. Marshals Service.

DATED this 14th day of February, 2018.

SUSAN P. WATTERS
United States District Judge

1